*Stone, Hargis,* for appellant.

*Phister,* for appellee.

---

TOBIAS LOGAN *v.* WILLIAM LOGAN ET AL.

Bailment—Loan of Horse—Condition of Bailment—Negligence.

Appellant loaned the appellee his horse on the condition that they were not to take him beyond Greenupburg, which agreement they violated and the horse was killed. Held, that appellees were responsible for the value of the horse, although the death was not the result of carelessness or negligence upon their part.

APPEAL FROM ROWAN CIRCUIT COURT.

January 5, 1871.

OPINION OF THE COURT BY JUDGE WILLIAMS:

Without intending to indicate an opinion as to the preponder-

ance of the evidence upon either of the propositions to be noticed, we think *from* the evidence that the jury might have rationally inferred that the appellees were the joint bailees of the appellant's horse, and therefore jointly responsible to him for the consequences of any violation of the conditions of their bailment. Further, that the condition upon which the horse was loaned was that he was to be taken no further than Greenupburg; also that he was taken beyond that point with the assent and at the instance of the appellees. If their propositions be true, they are responsible for the value of the horse, although the death was not the result of carelessness or negligence upon their part.

We think the court erred in its peremptory instruction to the jury to find for the appellees. Wherefore, the judgment is reversed, and the cause remanded for further proceedings not inconsistent with this opinion.

*Hargis, for appellant.*

*Phister, for appellees.*